IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN DARNELL JONES                                                                 PETITIONER
ADC #112114

V.                              Case No. 5:16-cv-00358 JTK

WENDY KELLEY, *Director*,
Arkansas Department of Correction                                                   RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice. All pending motions are denied as moot.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ADJUDGED this 26th day of January, 2018.

UNITED STATES MAGISTRATE JUDGE